UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHALLOW WATER EQUIPMENT LLC ET AL | CIVIL ACTION |
| VERSUS | NO. 21-949 |
| PONTCHARTRAIN PARTNERS LLC | SECTION "L" (4) |

## ORDER

Due to a conflict in the Court's schedule,

**IT IS ORDERED** that the early telephone status conference in the above-captioned case, currently scheduled for Thursday, September 16, 2021 at 1:30 p.m., shall be **RESET** to Wednesday, September 22, 2021 at 3:30 p.m. The dial-in information remains the same:

**(877)-336-1839 Access Code: 4227405.**

New Orleans, Louisiana, on this 13th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE