AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

SHALLOW WATER EQUIPMENT LLC, and
TK BOAT RENTALS, LLC

*Plaintiff(s)*

v.   Civil Action No. 2:21-cv-00949 L(4)

PONTCHARTRAIN PARTNERS, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **Great American Insurance Co**
**Through its Registered Agent**
**Thomas Kent Morrison**
**365 Canal Street, Suite 2000**
**New Orleans, Louisiana 70130-6534**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bohman | Morse, LLC
Harry E. Morse
400 Poydras St., Suite 2050
New Orleans, LA 70130
Harry@BohmanMorse.com
Direct: 504.930.4030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

*Courtney Ancar*
*Deputy clerk's signature*

Date: **Dec 07 2021**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00949 L(4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Great American Insurance** Co
was received by me on *(date)* _____ . Through its Registered Agent, James Washington

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Ashley C. Fowlkes, Legal Assistant
*Printed name and title*

Bohman | Morse, LLC
400 Poydras St., Ste 2050
New Orleans, LA 70130
*Server's address*

Additional information regarding attempted service, etc: