UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Shallow Water Equipment, LLC** * | |
| And * | |
| **TK Boat Rentals, LLC** * | |
| * | Civil Action No. 2:21-CV-00949 EEF-KWR |
| **V.** * | |
| * | |
| **Pontchartrain Partners, LLC** * | |
| * | |

**************************************

## MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(6)

NOW INTO COURT, through undersigned counsel, comes Defendant, Continental Casualty Company ("Continental"), which respectfully suggests that Plaintiffs have failed to state a claim upon which relief can be granted under the Miller Act, 40 U.S.C.A. § 3133. In their Amended Complaint, Plaintiffs fail to address two key prerequisites to asserting a Miller Act claim. First, TK Boat Rentals, LLC ("TK"), as a second-tier subcontractor, is required to give "notice to the contractor within 90 days from the date on which the person did or performed the last of the labor or furnished or supplied the last of the material for which the claim is made". 40 U.S.C.A. § 3133(b)(2). There is no allegation in the Amended Complaint that TK provided such notice.

Also, Shallow Water Equipment, LLC ("Shallow Water"), as a first-tier subcontractor, must bring its action no later than one year "after the day on which the last of the labor was performed or material was supplied by the person bringing the action." 40 U.S.C.A. § 3133(b)(4). Shallow Water does not state anywhere in its Amended Complaint when it last performed labor

1

for, or supplied material to, the contractor.  Accordingly, neither TK nor Shallow Water have adequately stated a claim upon which relief can be granted.  Supporting reasons are more fully set forth in the accompanying memorandum.

WHEREFORE, Defendant, Continental Casualty Company, prays that its Motion to Dismiss Pursuant to Rule 12(b)(6) be granted, and that the claims against it be dismissed with prejudice.

Dated:  January 19, 2022

Respectfully submitted,

<u>/s/ Jason R. Anders</u>
Jason Anders
La. Bar No. 26171
ANDERS LAW FIRM
650 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel: 504-407-2552
jason@anderslawfirm.com

Counsel for Defendant,
Continental Casualty Company

**CERTIFICATE OF SERVICE**

I certify that, on the date set forth below, I caused a true and correct copy of the foregoing document to be served via the Court's electronic filing system upon the following:

Bohman Morse, LLC
Harry E. Morse
400 Poydras St., Suite 2050
New Orleans, LA 70130
Harry@BohmanMorse.com
Direct: 504.930.4030
Attorneys for Plaintiff

Dated:  January 19, 2022                    /s/ Jason Anders
                                            Jason Anders
                                            La. Bar No. 26171
                                            ANDERS LAW FIRM
                                            650 Poydras Street, Suite 1400
                                            New Orleans, LA 70130
                                            Tel: 504-407-2552
                                            jason@anderslawfirm.com