# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Shallow Water Equipment, LLC** * | |
| **And** * | |
| **TK Boat Rentals, LLC** * | |
| * | Civil Action No. 2:21-CV-00949 EEF-KWR |
| **V.** * | |
| * | |
| **Pontchartrain Partners, LLC** * | |
| * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

Please take notice that Defendant, Continental Casualty Company's Motion to Dismiss Pursuant to Rule 12(b)(6) will be heard by submission before the Honorable Judge Eldon E. Fallon, United States District Court, Eastern District of Louisiana, on the 16th day of February, 2022, at 9:00 a.m.

Dated:  January 19, 2022                             Respectfully submitted,

                                                                          /s/ Jason R. Anders
                                                                          Jason Anders
                                                                          La. Bar No. 26171
                                                                          ANDERS LAW FIRM
                                                                          650 Poydras Street, Suite 1400
                                                                          New Orleans, LA 70130
                                                                          Tel: 504-407-2552
                                                                          jason@anderslawfirm.com

                                                                          Counsel for Defendant,
                                                                          Continental Casualty Company

1

Case 2:21-cv-00949-EEF-KWR   Document 33-2   Filed 01/19/22   Page 2 of 2

## CERTIFICATE OF SERVICE

I certify that, on the date set forth below, I caused a true and correct copy of the foregoing document to be served via the Court's electronic filing system upon the following:

Bohman Morse, LLC
Harry E. Morse
400 Poydras St., Suite 2050
New Orleans, LA 70130
Harry@BohmanMorse.com
Direct: 504.930.4030
Attorneys for Plaintiff

| | |
|---|---|
| Dated:  January 19, 2022 | /s/ Jason Anders |
| | Jason Anders |
| | La. Bar No. 26171 |
| | ANDERS LAW FIRM |
| | 650 Poydras Street, Suite 1400 |
| | New Orleans, LA 70130 |
| | Tel: 504-407-2552 |
| | jason@anderslawfirm.com |

2